UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAAC G. VIEIRA,<br><br>    Defendant. | Case No. 5:19-cr-351-SHK<br><br>**JUDGMENT OF ACQUITTAL** |

For the reasons set forth in the District Court's Order Regarding Appeal of Conviction dated January 10, 2024, *United States v. Vieira*, case no. 5:21-cr-215-JWH-1, Docket no. 27, the Court orders a judgment of acquittal on all counts.

It is further ordered that the Clerk of the United States District Court for the Central District of California shall return to Isaac Vieira the $150 fine and $25 special assessment he previously paid in this case, with interest.

**IT IS SO ORDERED.**

Dated: February 26, 2024

_____
Honorable Shashi H. Kewalramani
United States Magistrate Judge